# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL RAY WASHINGTON,

    Plaintiff,

v.                                              CASE NO. 1:14-cv-00105-MP-GRJ

WARDEN SCOTT CREWS, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 4, 2014. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 23) is adopted and incorporated by reference in this order.

2. Plaintiff's second amended complaint (doc. 18) is DISMISSED AS MOOT and Plaintiff's motion for reconsideration and temporary injunction order for defendants to protect Plaintiff (doc. 19) is DENIED AS MOOT.

3. Pursuant to the Magistrate Judge's Order within the Report and Recommendation (doc. 23 at 3), the Clerk is directed to return to Plaintiff the $42.00 he paid for service copies of the Complaint. (Docs. 6, 11).

4.     The Clerk is directed to close the file.

**DONE AND ORDERED** this   *18th*  day of December, 2014

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge